UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | VIOLATION: |
|  | : | 18 U.S.C. § 542 |
| JOHN GLASGOW, | : | (Entry of Goods by Means of False Statements) |

### INFORMATION

The United States Attorney charges that:

#### COUNT ONE

Between on or about October 14, 2009, and February 10, 2012, in the District of Columbia and elsewhere, the defendant, **JOHN GLASGOW**, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is, counterfeit camera batteries, by means of false statements and by means of false and fraudulent invoices, declarations, affidavits and certain other papers, to wit, shipping documents which misstated the value and nature of the contents of the items being shipped, which said documents were false and fraudulent in that they did reflect a value which was less than the actual value of such merchandise and did not correctly identify the nature of the items being shipped.

**(Entry of Goods by Means of False Statements**, in violation of Title 18, United States Code, Section 542)

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: *[signature]*
THOMAS P. SWANTON
Assistant United States Attorney
D.C. Bar No. 462144
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7063
Thomas.Swanton@usdoj.gov